1  McGREGOR W. SCOTT
   United States Attorney
2  DAVID W. SPENCER
   Assistant United States Attorney
3  501 I Street, Suite 10-100
   Sacramento, CA 95814
4  Telephone:  (916) 554-2700
   Facsimile:  (916) 554-2900
5

6  Attorneys for Plaintiff
   United States of America
7

8               IN THE UNITED STATES DISTRICT COURT

9               EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,          CASE NO.  2:18-CR-0122-JAM

12                  Plaintiff,          STIPULATION REGARDING EXCLUDABLE
                                        TIME PERIODS UNDER SPEEDY TRIAL ACT;
13         v.                           FINDINGS AND ORDER

14  ENRIQUE GOMEZ-PEREZ,                DATE: October 23, 2018
    a/k/a Enrique Gomez-Torres,         TIME: 9:15 a.m.
15                                       COURT: Hon. John A. Mendez
                    Defendant.
16

17

18                              **STIPULATION**

19         Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21         1.      By previous order, this matter was set for status on October 23, 2018.

22         2.      By this stipulation, defendant now moves to continue the status conference until

23  November 20, 2018 at 9:15 a.m., and to exclude time between October 23, 2018, and November 20,

24  2018, under Local Code T4.

25         3.      The parties agree and stipulate, and request that the Court find the following:

26                 a)      The government has represented that the discovery associated with this case

27  includes approximately 175 pages of investigative reports, photographs, and other documents, as

28  well as videos and an audio recording of an interview conducted in Spanish.  All of this

discovery has been either produced directly to counsel and/or made available for inspection and copying.

b)     Counsel for defendant desires additional time to investigate several factual and legal issues, to review the discovery with his client and a Spanish-language interpreter, to consult with his client regarding the charged offenses, and to otherwise prepare for trial.

c)     Counsel for defendant believes that failure to grant the above-requested continuance would deny him/her the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)     The government does not object to the continuance.

e)     Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)     For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of October 23, 2018 to November 20, 2018, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1      4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the

2   Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3   must commence.

4          IT IS SO STIPULATED.

5   Dated:  October 19, 2018                          McGREGOR W. SCOTT
                                                       United States Attorney
6

7                                                      /s/ DAVID W. SPENCER
                                                       DAVID W. SPENCER
8                                                      Assistant United States Attorney

9

10  Dated:  October 19, 2018                          /s/ TIMOTHY ZINDEL
                                                       TIMOTHY ZINDEL
11                                                     Counsel for Defendant
                                                       ENRIQUE GOMEZ-PEREZ
12

13

14

15                                **FINDINGS AND ORDER**

16          IT IS SO FOUND AND ORDERED this 19th day of October, 2018.

17

18                                                     /s/ John A. Mendez
                                                       THE HONORABLE JOHN A. MENDEZ
19                                                     UNITED STATES DISTRICT COURT JUDGE

20

21

22

23

24

25

26

27

28