McGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0122-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ENRIQUE GOMEZ-PEREZ, a/k/a Enrique Gomez-Torres, | DATE: November 20, 2018<br>TIME: 9:15 a.m.<br>COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on November 20, 2018.

2. By this stipulation, defendant now moves to continue the status conference until January 8, 2019 at 9:15 a.m., and to exclude time between November 20, 2018, and January 8, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 175 pages of investigative reports, photographs, and other documents, as well as videos and an audio recording of an interview conducted in Spanish. All of this

1 | discovery has been either produced directly to counsel and/or made available for inspection and copying.

      b)      The government anticipates producing additional discovery consisting of immigration-related documents in the coming days.

      c)      Counsel for defendant desires additional time to review the discovery that has been and soon will be produced with his client; to conduct legal research and factual investigation related to the charged offenses; to assess the viability of a potential pre-trial motion; and to otherwise prepare for trial.

      d)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

      e)      The government does not object to the continuance.

      f)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

      g)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of November 20, 2018 to January 8, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  November 14, 2018                            MCGREGOR W. SCOTT
                                                     United States Attorney

                                                     /s/ DAVID W. SPENCER
                                                     DAVID W. SPENCER
                                                     Assistant United States Attorney

Dated:  November 14, 2018                            /s/ TIMOTHY ZINDEL
                                                     TIMOTHY ZINDEL
                                                     Counsel for Defendant
                                                     ENRIQUE GOMEZ-PEREZ

## FINDINGS AND ORDER

IT IS SO FOUND AND ORDERED this 15th day of November, 2018.

                                                     /s/ John A. Mendez
                                                     THE HONORABLE JOHN A. MENDEZ
                                                     UNITED STATES DISTRICT COURT JUDGE