MCGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-0122-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ENRIQUE GOMEZ-PEREZ, a/k/a Enrique Gomez-Torres, | DATE: January 8, 2019 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on January 8, 2019.

2. By this stipulation, defendant now moves to continue the status conference until January 29, 2019 at 9:15 a.m., and to exclude time between January 8, 2019, and January 29, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 187 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

counsel and/or made available for inspection and copying.

        b)      Counsel for defendant desires additional time to review this discovery; to conduct legal research – including regarding the recently enacted FIRST STEP Act – and factual investigation related to the charged offenses; to consult with his client regarding the foregoing and regarding potential resolutions; and to otherwise prepare for trial.

        c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

        d)      The government does not object to the continuance.

        e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

        f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of January 8, 2019 to January 29, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

4.      Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

///
///
///
///
///
///

///

Dated: January 3, 2019         McGREGOR W. SCOTT
                               United States Attorney

                               /s/ DAVID W. SPENCER
                               DAVID W. SPENCER
                               Assistant United States Attorney


Dated: January 3, 2019         /s/ TIMOTHY ZINDEL
                               TIMOTHY ZINDEL
                               Counsel for Defendant
                               ENRIQUE GOMEZ-PEREZ


**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 4th day of January, 2019

                               /s/ John A. Mendez
                               THE HONORABLE JOHN A. MENDEZ
                               UNITED STATES DISTRICT COURT JUDGE