MCGREGOR W. SCOTT
United States Attorney
DAVID W. SPENCER
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:18-CR-00122-JAM |
|---|---|
| Plaintiff, | STIPULATION REGARDING EXCLUDABLE TIME PERIODS UNDER SPEEDY TRIAL ACT; FINDINGS AND ORDER |
| v. | |
| ENRIQUE GOMEZ-PEREZ, a/k/a Enrique Gomez-Torres, | DATE: February 5, 2019 TIME: 9:15 a.m. COURT: Hon. John A. Mendez |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for status on February 5, 2019.

2. By this stipulation, defendant now moves to continue the status conference until February 26, 2019 at 9:15 a.m., and to exclude time between February 5, 2019, and February 26, 2019, under Local Code T4.

3. The parties agree and stipulate, and request that the Court find the following:

   a) The government has represented that the discovery associated with this case includes approximately 187 pages of investigative reports, photographs, and other documents, as well as video and audio recordings. All of this discovery has been either produced directly to

| | |
|---|---|
| 1 | counsel and/or made available for inspection and copying. |
| 2 |   b) Counsel for defendant will be out of town for the week of the February 5, 2019 |
| 3 | status conference. Counsel for the defendant also desires additional time to review discovery, to |
| 4 | consult with client, to conduct factual investigation, and to otherwise prepare for trial. |
| 5 |   c) Counsel for defendant believes that failure to grant the above-requested |
| 6 | continuance would deny him the reasonable time necessary for effective preparation, taking into |
| 7 | account the exercise of due diligence. |
| 8 |   d) The government does not object to the continuance. |
| 9 |   e) Based on the above-stated findings, the ends of justice served by continuing the |
| 10 | case as requested outweigh the interest of the public and the defendant in a trial within the |
| 11 | original date prescribed by the Speedy Trial Act. |
| 12 |   f) For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, |
| 13 | et seq., within which trial must commence, the time period of February 5, 2019 to February 26, |
| 14 | 2019, inclusive, is deemed excludable pursuant to 18 U.S.C.§ 3161(h)(7)(A), B(iv) [Local Code |
| 15 | T4] because it results from a continuance granted by the Court at defendant's request on the basis |
| 16 | of the Court's finding that the ends of justice served by taking such action outweigh the best |
| 17 | interest of the public and the defendant in a speedy trial. |
| 18 | /// |
| 19 | /// |
| 20 | /// |
| 21 | /// |
| 22 | /// |
| 23 | /// |
| 24 | /// |
| 25 | /// |
| 26 | /// |
| 27 | /// |
| 28 | /// |

/ / /

4. Nothing in this stipulation and order shall preclude a finding that other provisions of the Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial must commence.

IT IS SO STIPULATED.

Dated:  February 1, 2019

McGREGOR W. SCOTT
United States Attorney

/s/ DAVID W. SPENCER
DAVID W. SPENCER
Assistant United States Attorney

Dated:  February 1, 2019

/s/ TIMOTHY ZINDEL
TIMOTHY ZINDEL
Counsel for Defendant
ENRIQUE GOMEZ-PEREZ

**FINDINGS AND ORDER**

IT IS SO FOUND AND ORDERED this 1st day of February, 2019.

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
UNITED STATES DISTRICT COURT JUDGE