1  McGREGOR W. SCOTT
United States Attorney
2  DAVID W. SPENCER
Assistant United States Attorney
3  501 I Street, Suite 10-100
Sacramento, CA 95814
4  Telephone: (916) 554-2700
Facsimile: (916) 554-2900
5

6  Attorneys for Plaintiff
United States of America
7

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,              CASE NO. 2:18-CR-00122-JAM

12                    Plaintiff,           STIPULATION REGARDING EXCLUDABLE
                                           TIME PERIODS UNDER SPEEDY TRIAL ACT;
13          v.                             FINDINGS AND ORDER

14  ENRIQUE GOMEZ-PEREZ,                   DATE: March 19, 2019
    a/k/a Enrique Gomez-Torres,            TIME: 9:15 a.m.
15                                         COURT: Hon. John A. Mendez
                      Defendant.
16

17

18                              **STIPULATION**

19          Plaintiff United States of America, by and through its counsel of record, and defendant, by and

20  through defendant's counsel of record, hereby stipulate as follows:

21          1.      By previous order, this matter was set for status on March 19, 2019.

22          2.      By this stipulation, defendant now moves to continue the status conference until May 7,

23  2019, and to exclude time between March 19, 2019, and May 7, 2019, under Local Code T4.

24          3.      The parties agree and stipulate, and request that the Court find the following:

25                  a)      The government has represented that the discovery associated with this case

26  includes approximately 192 pages of investigative reports, photographs, and other documents, as

27  well as video and audio recordings. All of this discovery has been either produced directly to

28  counsel and/or made available for inspection and copying. This discovery includes (1) a

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

supplemental investigative report and (2) cost estimates relating to the eradication and clean-up of the marijuana cultivation site that were produced to the defense on February 27, 2019, and March 13, 2019, respectively.

b)      Counsel for defendant desires additional time to review this discovery, discuss it with his client, conduct any necessary follow-up investigation, and otherwise prepare for trial.

c)      Counsel for defendant believes that failure to grant the above-requested continuance would deny him the reasonable time necessary for effective preparation, taking into account the exercise of due diligence.

d)      The government does not object to the continuance.

e)      Based on the above-stated findings, the ends of justice served by continuing the case as requested outweigh the interest of the public and the defendant in a trial within the original date prescribed by the Speedy Trial Act.

f)      For the purpose of computing time under the Speedy Trial Act, 18 U.S.C. § 3161, et seq., within which trial must commence, the time period of March 19, 2019 to May 7, 2019, inclusive, is deemed excludable pursuant to 18 U.S.C. § 3161(h)(7)(A), B(iv) [Local Code T4] because it results from a continuance granted by the Court at defendant's request on the basis of the Court's finding that the ends of justice served by taking such action outweigh the best interest of the public and the defendant in a speedy trial.

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

1    4.    Nothing in this stipulation and order shall preclude a finding that other provisions of the

2  Speedy Trial Act dictate that additional time periods are excludable from the period within which a trial

3  must commence.

4        IT IS SO STIPULATED.

5

6

7  Dated:  March 14, 2019                          McGREGOR W. SCOTT
                                                   United States Attorney
8

9                                                  /s/ DAVID W. SPENCER
                                                   DAVID W. SPENCER
10                                                 Assistant United States Attorney

11

12 Dated:  March 14, 2019                          /s/ TIMOTHY ZINDEL
                                                   TIMOTHY ZINDEL
13                                                 Counsel for Defendant
                                                   ENRIQUE GOMEZ-PEREZ
14

15

16                              **FINDINGS AND ORDER**

17        IT IS SO FOUND AND ORDERED this 15th day of March, 2019.

18

19                                                 /s/ John A. Mendez
                                                   THE HONORABLE JOHN A. MENDEZ
20                                                 UNITED STATES DISTRICT COURT JUDGE

21

22

23

24

25

26

27

28